```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION

JOEY ROULSTON                                        PLAINTIFF

VERSUS                      CIVIL ACTION NO. 5:04cv199-DCB-JCS

YAZOO RIVER TOWING, INC.                             DEFENDANT
```

**ORDER**

This matter comes before the Court on the plaintiff's request for further discovery as set forth in his Response to Order [**docket entry no. 32**]. The plaintiff's request to depose S. Snow, W. Womack and J.C. Smith is GRANTED. If any of the individuals are no longer employed by the defendant, defense counsel shall communicate those individuals' last known contact information to the plaintiff. The plaintiff's request to depose J.O. Smith, Jr. is also GRANTED, but the deposition shall be limited in scope to the matters set forth in Mr. Smith's affidavit, which was submitted to this Court with the defendant's motion for summary judgment. Lastly, the defendant shall produce to the plaintiff the requested vessel logs and barge survey sheet, if available.

The parties are instructed to contact Judge Sumner's chambers to coordinate scheduling for this extended discovery. SO ORDERED, this the 3rd day of January, 2006.

```
                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE
```