```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

JOEY ROULSTON                                          PLAINTIFF

VERSUS                            CIVIL ACTION NO. 5:04cv199-DCB-JCS

YAZOO RIVER TOWING, INC.                               DEFENDANT

### ORDER

On January 4, 2006, the Court entered an Order [docket entry no. 36] directing the plaintiff to contact Judge Sumner's chambers to coordinate a limited discovery period during which time the plaintiff could seek to obtain necessary evidence to respond to the defendant's Motion for Summary Judgment. That discovery period was allowed with the understanding that the plaintiff would then submit a _timely_ addendum to his Response to said Motion. Judge Sumner allowed the plaintiff until January 21, 2006, to conduct his discovery. See Order dated Jan. 10, 2006 [docket entry no. 37]. Accordingly,

IT IS HEREBY ORDERED that the plaintiff shall have five (5) days of entry of this Order to supplement his Response to the Defendant's Motion for Summary Judgment.

SO ORDERED, this the ___3rd___ day of February, 2006.

                              __s/ David Bramlette_____
                              UNITED STATES DISTRICT JUDGE